IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

JULIE KNOBLOCH,        )
                       )
    Plaintiff,         )
                       )
vs.                    )   Cause No.
                       )
WAL-MART STORES, INC., )
                       )
    Defendant.         )
                       )
Serve:                 )
Wal-Mart Stores, Inc., c/o )
C T Corporation System )
208 South LaSalle St., Suite 814 )
Chicago, IL 60604      )

## COMPLAINT & DEMAND FOR JURY TRIAL

Now comes the Plaintiff, Julie Knobloch, and for her Complaint against Defendant, Wal-Mart Stores, Inc., d/b/a Wal-Mart, states as follows:

1. Plaintiff, Julie Knobloch is a resident of Winterset, Iowa.

2. Defendant, Wal-Mart Stores, Inc., d/b/a Wal-Mart, is a Delaware Corporation with its principal place of business in Arkansas.

3. That on August 31, 2013, and at all times relevant hereto, Defendant, Wal-Mart Stores, Inc., d/b/a Wal-Mart, possessed, owned, operated, managed and/or controlled retail store number 2934 located in Paris, Edgar County, Illinois.

4. That on or about August 31, 2013, Julie Knobloch entered store number 2934 as a business invitee. Plaintiff made a purchase and then started to walk toward the store exit.

5. That at some time prior to Plaintiff's attempt to exit the store, a bag of ice had leaked onto the floor.

6. That as a result of the aforesaid, Wal-Mart, by and through its agents and/or employees, had a duty to see that the premises was in a reasonably safe condition for those lawfully upon the premises and that it used ordinary care for the safety of the plaintiff.

7. According to Wal-Mart spill procedures, a spill must never be left unattended, a spill must be marked, and an associate should remain by the spill until another associate can assist with clean up. That in violation of the aforesaid duties, the Defendant, Wal-Mart, by and through its employees and/or agents was guilty of one or more of the following negligent acts and/or omissions:

   a) failed to mark the spill; or
   b) left the spill unattended; or
   c) failed to remain by the spill until another associate could assist with clean up; or
   d) failed to instruct, train, and supervise the employees with respect to spill procedures; or
   e) failed to institute procedures and merchandising with respect to ice coolers so that bags of ice would not leak where customers were to walk.

8. That as a direct and proximate result of one or more of the aforesaid, the Plaintiff was injured when she slipped and fell. Plaintiff was caused to suffer an injury to her left knee requiring surgery, an injury to her back that to date has required epidural steroid injections, and a left foot injury. Further, Plaintiff has experienced and will continue to experience pain and suffering, disfigurement and disability; that she has experienced loss of strength, loss of enjoyment of life, and she has incurred expenses for medical treatment.

WHEREFORE, Plaintiff, Julie Knobloch, through her attorneys, prays for judgment against the Defendant in an amount in excess of $75,000.00 that will fairly and justly compensate her for her damages plus her costs of suit.

Respectfully submitted,

BYRON, CARLSON, PETRI & KALB, LLC


BY:   s/ Eric J. Carlson
      Eric J. Carlson #06228973, Lead Counsel
      411 St. Louis Street
      P.O. Box 527
      Edwardsville, IL 62025
      (618) 656-0066
      (618) 655-4004 (fax)
      ejc@byroncarlson.com

      ATTORNEYS FOR PLAINTIFF